UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN J. SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS J. FRAWLEY, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)    No. 4:15cv1045<br>)<br>)<br>)<br>)<br>) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's notice of appeal. Plaintiff has not paid the appellate filing fee nor has he filed a motion for leave to proceed in forma pauperis on appeal. As a result, the Court will order plaintiff to submit either the full filing fee or a motion for leave to proceed in forma pauperis.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall, within thirty days of the date of this Order, either pay the $505 appellate filing fee or file a motion to proceed in forma pauperis on appeal.

**IT IS FURTHER ORDERED** that plaintiff shall file any future documents or pleadings in connection with his appeal directly with the United States Court of Appeals for the Eighth Circuit.

Dated this 27th day of August, 2015.

*Ronnie L. White*
_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**